NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANALOG DEVICES, INC.,**
*Appellant*

**v.**

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellees*

---

2022-1820

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01599.

---

**ON MOTION**

---

**O R D E R**

Analog Devices, Inc. moves to voluntarily dismiss this appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

Upon consideration thereof,

2                              ANALOG DEVICES, INC. v. XILINX, INC.

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

November 22, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court


ISSUED AS A MANDATE:  November 22, 2022